No. 99–1925. McKINNEY v. ROBINSON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 99–1927. TARGET CORP. v. HOLLISTER ET AL.; and
No. 00–37. HOLLISTER v. TARGET CORP. ET AL. C. A. 6th Cir. Certiorari denied. Reported below: 201 F. 3d 731.

No. 99–1929. MORGAN v. BENNETT, SUPERINTENDENT, ELMIRA CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 99–1933. AHRENS v. PEROT SYSTEMS CORP. C. A. 5th Cir. Certiorari denied.

No. 99–1934. ILLINOIS ET AL. v. McDONNELL. Sup. Ct. N. J. Certiorari denied.

No. 99–1937. AMERICAN MANUFACTURERS MUTUAL INSURANCE CO. v. IRVIN ET AL.; and
No. 00–36. GAINESVILLE LIVESTOCK MARKET, INC., ET AL. v. AMERICAN MANUFACTURERS MUTUAL INSURANCE CO. C. A. 11th Cir. Certiorari denied. Reported below: 182 F. 3d 1284.

No. 99–1938. MILLIGAN v. NORTH CAROLINA ET AL. Ct. App. N. C. Certiorari denied.

No. 99–1939. FEDERAL LABOR RELATIONS AUTHORITY v. LUKE AIR FORCE BASE, ARIZONA. C. A. 9th Cir. Certiorari denied.

No. 99–1940. CARROLL v. CALDERON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 99–1942. DUNHAM v. WADLEY ET AL. C. A. 8th Cir. Certiorari denied.

No. 99–1943. HACKBARTH v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 9th Cir. Certiorari denied.

No. 99–1944. BLOOM v. JEWISH HOME FOR THE ELDERLY OF FAIRFIELD COUNTY. C. A. 2d Cir. Certiorari denied.

No. 99–1945. KUHNEL, INDIVIDUALLY AND ON BEHALF OF ALL OTHER WORKERS' COMPENSATION LIEN PAYERS SIMILARLY